**Patrick D. West Law Firm, P.C.**
4420 W. Vickery Blvd., Suite 100
Fort Worth, TX   76107-6253
817-332-2600         Fax 817-332-2605
bankruptcyattorney@sbcglobal.net

Our File Nº
12682

# In the United States Bankruptcy Court
## for the Northern District of Texas
**FORT WORTH DIVISION**

| In re: | | Case No. |
|---|---|---|
| **TERRENCE ALBRIGHT** | xxx-xx-7364 | **17-44686-RFN** |
| **LAKIYA YOLANDA CUNIGAN** | xxx-xx-4448 | Chapter 13 |
| 1020 WINDSOR DRIVE | | |
| SAGINAW, TX   76179 | | |
| | | |
| **Debtors** | | |

## MOTION TO SEVER CASE AND ASSIGN
## NEW CASE NUMBER TO SEVERED DEBTOR

**TO THE HONORABLE RUSSELL F. NELMS, BANKRUPTCY JUDGE:**

**TERRENCE ALBRIGHT and LAKIYA YOLANDA CUNIGAN,** Debtors, make and file this *Motion to Sever Case and Assign New Case Number to Severed Debtor* and, in support hereof, would respectfully show this honorable Court as follows:

1. Debtors commenced the above-referenced **Chapter 13** proceeding on **November 14, 2017.**

2. Debtors wish to sever their Chapter 13 Case, allowing Debtor **TERRENCE ALBRIGHT** to continue as a Debtor in the instant case numbered **17-44686-RFN** and creating a new case with a new case number for Debtor **LAKIYA YOLANDA CUNIGAN**, which the severed debtor intends to convert to a case under chapter 7.

3. This motion is not brought for delay, but that justice may be done.

4. **NOTICE TO PARTIES IN INTEREST: ANY OBJECTION OR REQUEST FOR HEARING MUST BE FILED WITH:**

    **United States Bankruptcy Clerk**
    **Northern District of Texas**
    **Fort Worth Division**
    **501 W. Tenth Street**
    **Fort Worth, Texas   76102**

    **UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED**

**WITH THE WITHIN TWENTY-ONE (21) DAYS, INCLUSIVE OF MAILING TIME, FROM THE DATE SHOWN IN THE CERTIFICATE OF SERVICE HEREIN, THIS** *MOTION TO SEVER CASE AND ASSIGN NEW CASE NUMBER TO SEVERED DEBTOR* **SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER WITHOUT A HEARING, AT THE END OF TWENTY-ONE (21) DAYS, REFLECTING THAT THIS** *MOTION TO SEVER CASE AND ASSIGN NEW CASE NUMBER TO SEVERED DEBTOR* **HAS BEEN GRANTED.**

**WHEREFORE**, Debtors pray the *Motion to Sever Case and Assign New Case Number to Severed Debtor* be, in all things, granted. Debtors pray for general relief.

Respectfully submitted,

**PATRICK D. WEST LAW FIRM, P.C.**

/s/ Patrick D. West
---
| Patrick D. West, Esq. | SBN 21205050 |
| 4420 W. Vickery Blvd., Suite 100 | 817-332-2600 |
| Fort Worth, Texas 76107-6259 | (Fax) 817-332-2605 |

Attorney for Debtor(s)
   **TERRENCE ALBRIGHT and**
   **LAKIYA YOLANDA CUNIGAN**

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of the foregoing *Motion to Sever Case and Assign New Case Number to Severed Debtor* was served electronically on the date it was filed on all interested parties and/or counsel entitled to receive electronic notification, or alternatively, on the first business day following the date it was filed by United States first class mail upon the following by regular U.S. Mail, proper postage affixed:

| | |
|---|---|
| Mr. Terrence Albright<br>Mrs. Lakiya Yolanda Cunigan<br>1020 Windsor Drive<br>Saginaw, TX 76179 | Tim Truman<br>Standing Chapter 13 Trustee<br>6851 N.E. Loop 820, Suite 300<br>N. Richland Hills, TX 76180<br>angelaa@Ch13FTW.com |

/s/ Patrick D. West
---
Patrick D. West, Esq.