

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 14, 2018**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br>**TERRENCE ALBRIGHT** xxx-xx-7364<br>**LAKIYA YOLANDA CUNIGAN** xxx-xx-4448<br>**1020 WINDSOR DRIVE**<br>**SAGINAW, TX  76179** | | Case No.<br>**17-44686-RFN**<br>Chapter 13 |
| | Debtors | |

## ORDER GRANTING MOTION TO SEVER

**BE IT KNOWN TO ALL PERSONS:**

**CAME ON** for consideration the *Motion to Sever* filed herein by and on behalf of **TERRENCE ALBRIGHT and LAKIYA YOLANDA CUNIGAN,** Debtors, and the Court being of the opinion that same should be granted, it is therefore:

**ORDERED** that the Debtor **LAKIYA YOLANDA CUNIGAN** be and hereby is **SEVERED** as a debtor in the above-styled and numbered bankruptcy case

**FURTHER ORDERED** that the Debtor **TERRENCE ALBRIGHT** shall continue as a Debtor in the above- numbered bankruptcy case to be styled *In re: Terrence Albright, Debtor*.

**FURTHER ORDERED** that the Clerk of the Court shall assign a new case number to the Debtor **LAKIYA YOLANDA CUNIGAN** and that said Debtor shall continue as a Debtor in the newly assigned bankruptcy case number to be styled *In re: Lakiya Yolanda Cunigan, Debtor.*

***** END OF ORDER *****